**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:    619.762.1910
Facsimile:    619.756.6991

*Attorneys for Plaintiff and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UDEMY, INC., a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-06489-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 16-2(e) and 7-12, Plaintiff Marion Williams ("Plaintiff" and Defendant Udemy Inc. ("Defendant" and, collectively, the "Parties"), by and through their undersigned counsel, hereby request that the Court enter an Order granting the following stipulation continuing the Case Management Conference set for December 7, 2021, at 1:30 p.m. (ECF No. 10):

WHEREAS, Plaintiff filed a putative class action Complaint against Defendant on August 23, 2021 (ECF No. 1);

WHEREAS, on September 20, 2021, the Court entered the Case Management Conference Order in Reassigned Case, setting the Case Management Conference for December 7, 2021, at 1:30 p.m. and the November 30, 2021 deadline for a joint case management conference statement (ECF No. 10);

WHEREAS, the Parties are exploring resolution and therefore agree, in the interest of conserving the resources of the Parties and the Court, to a continuance of the Case Management Conference by sixty (60) days;

WHEREAS, this continuation would not affect the case schedule, as none has been entered.

NOW, THEREFORE, the Parties hereby stipulate and agree that:

1. the Case Management Conference set for December 7, 2021, at 1:30 p.m. be continued by sixty (60) days; and

2. the joint case management conference statement deadline be continued to one week before the new Case Management Conference date.

IT IS SO STIPULATED.

Dated: November 24, 2021          **LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel.:   (619) 762-1900
Fax:   (619) 756-6991

*Attorneys for Plaintiff
and Proposed Class Counsel*

Dated: November 24, 2021          **BRANN & ISAACSON**

By:  */s/ David Swetnam-Burland*
David Swetnam-Burland (CA 226216)
dsb@brannlaw.com
184 Main Street, 4th Floor
P.O. Box 3070
Lewiston, ME 04243-3070
Tel.:   (207) 786-3566
Fax:   (207) 783-9325

**LAW OFFICES OF RICHARD PACHTER**
Richard Pachter (CA 120069)
richard@pachterlaw.com
555 University Avenue, Suite 200
Sacramento, CA 95825
Tel.:   (916) 485-1617
Fax:   (916) 379-7838

*Attorneys for Defendant
Udemy, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: November 24, 2021              **LYNCH CARPENTER, LLP**

                                By:  */s/ Todd D. Carpenter*
                                Todd D. Carpenter (CA Bar No. 234464)
                                todd@lcllp.com
                                Scott G. Braden (CA Bar No. 305051)
                                scott@lcllp.com
                                1350 Columbia St., Ste. 603
                                San Diego, California 92101
                                Telephone:   (619) 762-1900
                                Facsimile:    (619) 756-6991

                                *Attorneys for Plaintiff
                                and Proposed Class Counsel*

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:

                                HON. EDWARD M. CHEN
                                UNITED STATES DISTRICT JUDGE