# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UDEMY, INC., a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-06489-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING STAY PENDING ARBITRATION |

On November 13, 2021, Defendant filed a motion to compel this action to arbitration. Having considered the motion, Plaintiff's statement of non-opposition thereto, and good cause appearing, the Court hereby **STAYS** this action pending the outcome of the arbitration.

**IT IS SO ORDERED.**

Dated: 2/23/2022

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE