**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Tel.:   (619) 762-1910
Fax:   (619) 756-6991

*Attorneys for Plaintiff and
Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION WILLIAMS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UDEMY, INC., a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>　　　　　Defendants. | Case No. 3:21-cv-06489-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Marion Williams pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 17, 2023　　　　　　　　　**LYNCH CARPENTER, LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Todd D. Carpenter*
　　　　　　　　　　　　　　　　　　　Todd D. Carpenter (CA Bar No. 234464)
　　　　　　　　　　　　　　　　　　　todd@lcllp.com
　　　　　　　　　　　　　　　　　　　Scott G. Braden (CA Bar No. 305051)
　　　　　　　　　　　　　　　　　　　scott@lcllp.com
　　　　　　　　　　　　　　　　　　　1350 Columbia St., Ste. 603
　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　Tel.:   (619) 762-1910
　　　　　　　　　　　　　　　　　　　Fax:   (619) 756-6991

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　and Proposed Class Counsel*